BRADLEY D. BOSOMWORTH, ESQ. (SBN 132985)
ROGER M. MASON, ESQ. (SBN 107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Telephone: (408) 356-3000

Attorneys for Defendant and Counter-Complainant,
SPORTFIELDS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,<br><br>    Plaintiffs,<br><br>v.<br><br>SPORTFIELDS, INC., a California corporation,<br><br>    Defendant.<br>_____<br>SPORTFIELDS, INC., a California corporation,<br><br>    Counter-Complainant,<br><br>v.<br><br>FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,<br><br>    Counter-Defendants. | NO.: C 04 4216BZ<br><br>SPORTFIELDS' REQUEST TO APPEAR AT JOINT STATUS CONFERENCE BY TELEPHONE<br><br>Magistrate Judge: Bernard Zimmerman<br>Date: July 5, 2005<br>Time: 4;00 pm |

    On July 5, 2005 there are Joint Status Conferences in this case and the two related cases entitled <u>Triexe Management Group, Inc., et al. v. Fieldturf International, Inc., et al.</u>, U.S. District

1

SPORTFIELDS' REQUEST TO APPEAR AT JOINT STATUS CONFERENCE BY TELEPHONE

Court, Northern District of California Case Number 3:04-CV-04918-BZ, and <u>Fieldturf International, Inc. et al. v. Granite Construction Company</u>, U.S. District Court, Northern District of California Case Number 3:04-CV-2952-BZ.  Lead counsel for Sportfields, Inc. ("Sportfields") is Bradley D. Bosomworth, who is located in Los Gatos, California.

Pursuant to Local Rule 16-10(a), lead counsel for Sportfields requests permission for Romin P. Thomson, Esq., an associate of the law firm of Sweeney, Mason, Wilson & Bosomworth, to appear at the July 5, 2005 Joint Status Conference by telephone.

Dated:  June 29, 2005

Respectfully submitted,

**SWEENEY, MASON, WILSON & BOSOMWORTH**

By  /s/  Bradley D. Bosomworth
         Bradley D. Bosomworth

Attorneys for Defendant
SPORTFIELDS, INC.

IT IS **SO ORDERED.**

DATED: July 5, 2005  _____
Hon. Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

**STIPULATED PROTECTIVE ORDER**

2