UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida Corporation, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>SPORTSFIELDS, INC., a California Corporation,<br><br>    Defendant(s). | No. C04-4216 BZ<br><br>**ORDER STAYING CASE AND SCHEDULING STATUS CONFERENCE** |

Having received a stipulation for stay in light of reexamination of '412 patent and following a status conference on September 7, 2005, **IT IS HEREBY ORDERED** that this case is stayed pending patent reexamination. The claims construction hearing scheduled for September 7, 2005, and all other scheduled dates are vacated. The claims construction motions currently pending are taken off calendar, subject to being re-noticed at such time as is appropriate.

**IT IS FURTHER ORDERED** that a status conference is scheduled for **Monday, March 27, 2006, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1 | Avenue, San Francisco, California 94102.  Seven days prior to
2 | the status conference, on Monday, March 20, 2006, the parties
3 | shall file a joint status report explaining the current status
4 | of the case.  Any party wishing to appear at the conference by
5 | phone shall make arrangements with my Courtroom Deputy, Ms.
6 | Scott, by calling **415-522-2015**.
7 | Dated: September 9, 2005

*/s/ Bernard Zimmerman*

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIELDTURF\SPORTSFIELDS\STAY.ORD.wpd