Jody L. Factor
Micheal D. Lake
FACTOR & LAKE. LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607
(312) 226-1818 Telephone
(312) 226-1919 Facsimile
Attorneys for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.
*Admitted Pro Hac Vice*

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: (415) 356-4600
Fax No.: (415) 356-4610
Attorneys for Plaintiffs/Counter-Defendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,<br><br>　　　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>SPORTFIELDS, INC., a California Corporation,<br><br>　　　　Defendant/Counterclaimant. | Case No. 3:04-cv-4216-BZ<br><br>**FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE**<br><br>Magistrate Judge: Bernard Zimmerman<br><br>Action Filed: October 5, 2004 |

1  On March 27, 2006, there is a Status Conference in this case and the two related cases entitled <u>Triexe Management Group, Inc., et al. v. FieldTurf International, Inc., et al.</u>, U.S. District Court, Northern District of California Case Number 3:04-cv-4918-BZ, and <u>FieldTurf Inc., et al. v. Granite Construction Company.</u>, U.S. District Court, Northern District of California Case Number 3:04-cv-2952-BZ.  Counsel for FieldTurf International, Inc. and FieldTurf Inc. ("FieldTurf") is Micheal D. Lake, who is located in Chicago, Illinois.

Pursuant to Local Rule 16-10(a), counsel, Micheal D. Lake requests permission to appear at the March 27, 2006 Status Conference by telephone.

                                                Respectfully submitted,

                                                FACTOR & LAKE, LTD.

Dated: March 10, 2006                  /s/ Micheal D. Lake
                                                Attorneys for Plaintiffs/Counter-Defendants,
                                                FIELDTURF INTERNATIONAL, INC. and
                                                FIELDTURF INC.

IT IS SO ORDERED

Dated: __March 13__, 2006                   _____
                                         Hon. Bernard Zimmerman
                                          United States Magistrate Judge



| | |
|---|---|
| 1 | Jody L. Factor |
| 2 | Micheal D. Lake |
|   | FACTOR & LAKE. LTD |
| 3 | 1327 W. Washington Blvd., Suite 5G/H |
| 4 | Chicago, IL 60607 |
|   | (312) 226-1818 Telephone |
| 5 | (312) 226-1919 Facsimile |
| 6 | Attorneys for Plaintiffs-Counterdefendants |
|   | FieldTurf International, Inc. and FieldTurf Inc. |
| 7 | *Admitted Pro Hac Vice* |

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: (415) 356-4600
Fax No.: (415) 356-4610
Attorneys for Plaintiffs/Counter-Defendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>SPORTFIELDS, INC., a California Corporation,<br><br>Defendant/Counterclaimant. | Case No. 3:04-cv-4216-BZ<br><br>**PROOF OF SERVICE RE:**<br><br>**FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE**<br><br>Magistrate Judge: Bernard Zimmerman<br><br>Action Filed: October 5, 2004 |

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

*FieldTurf International, Inc., et al. v. Sportfields, Inc.*, Case No. 3:04-cv-4216-BZ

I, Jenelle L. A. Melket declare that I am a citizen of the United States, I am employed in the County of Cook, I am over the age of eighteen (18) years and not a party to the action. My business address is 1327 W. Washington Blvd., Suite 5G/H, Chicago, IL 60607.

On March 10, 2006, I served the following on each party listed below:

### FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE

☐ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☐ **(BY PERSONAL SERVICE)** By causing at true copy thereof enclosed in a sealed envelope, to the personally delivered on the date indicated below.

☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐ **(BY FACSIMILE)** By sending a true copy thereof by facsimile machine to the numbers listed below.

☒ **(BY ELECTRONIC TRANSMISSION)** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

Bradley D. Bosomworth, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 10, 2006, at Chicago, Illinois.

_____
Jenelle L. A. Melket

PROOF OF SERVICE RE: FIELDTURF'S REQUEST TO APPEAR           Case No. 3:04-cv-4216 BZ
AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE                                Page 2