UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida Corporation, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SPORTSFIELDS, INC., a California Corporation,<br><br>　　　　Defendant(s). | No. C04-4216 BZ<br><br><br><br><br><br>**ORDER** |

　　Having read the joint status report of March 20, 2006, **IT IS HEREBY ORDERED** as follows:

　　1.　The status conference scheduled for March 27, 2006 is **VACATED**.

　　2.　The parties to this matter have advised the Court that they have agreed to a settlement. Therefore, this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this

1

1 | matter to the calendar on the grounds that the settlement has
2 | not been consummated.
3 | Dated: March 23, 2006

*[signature: Bernard Zimmerman]*

Bernard Zimmerman
United States Magistrate Judge

8 | G:\BZALL\-BZCASES\FIELDTURF\SPORTSFIELDS\ORDER.wpd